# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0307
_____

VERON SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Phillip A. Pena, Judge.


May 1, 2024


PER CURIAM.

DISMISSED. *See Daniels v. State*, 568 So. 2d 63 (Fla. 1st DCA 1990).

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Veron Smith, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.